IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01877-GPG

**BRANDON MORRIS**,

    Plaintiff,

v.

**TERESA K. COZZA-RHODES**;
**FRANK STRATTA**;
**JOSE SANTANA**; and
**FEDERAL BUREAU OF PRISONS**,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case should be drawn to a **presiding** judge, and when applicable to a **magistrate** judge. *See* D.C.COLO.LCivR 40.1(a). Accordingly, it is

**ORDERED** that this case shall be drawn to a **presiding** judge, and when applicable to a **magistrate** judge.

DATED September 25, 2015, at Denver, Colorado.

                                                  BY THE COURT:

                                                  S/ Gordon P. Gallagher

                                                  Gordon P. Gallagher
                                                  United States Magistrate Judge